358 A.2d 70
Professional Horseshoe Pitchers Association, Inc.
v. Chadderton, Appellant.

Argued April 15, 1976.   John J. Regule, with him Nicholas S. Kladitis, for appellant;  William F. McConnell, with him Cusick, Madden, Joyce and McKay, for appellee.

Order and judgment affirmed.

358 A.2d 69
Quality House, Inc., Appellant, v. Tomasevich.

Argued April 19, 1976.   Richard H. Albert, with him Redlich, Cassol, Redlich & Morocco, for appellant;  John Tomasevich, in propria persona, submitted a brief for appellee.

Order affirmed.

SPAETH, J., absent.